# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Colleen P. Finn, being duly sworn, depose and state as follows, to wit:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and am currently assigned to the Tucson office. I have been an FBI Special Agent (SA) since August 1, 2021. Prior to being an FBI SA, I was employed as an FBI Intelligence Analyst since January 10, 2016. I am currently responsible for investigating federal crimes occurring within the District of Arizona, to include violent crimes occurring in the Tohono O'odham Nation. In my capacity as an FBI SA, I have received formal and on-the-job training pertaining to violent crime investigations. The statements contained in this affidavit are based on my experience and background as a SA and on information provided by other law enforcement agents.

## PURPOSE OF THE AFFIDAVIT

2. I submit this application and affidavit in support of a search warrant authorizing a search of a single-story residence, located on Arroyo Road, in Sells, Arizona, known as the Manuel residence, located on the Tohono O'odham Nation (SUBJECT RESIDENCE) further described in Attachments A and B, incorporated herein by reference, which is located in the District of Arizona. Located within the SUBJECT RESIDENCE to be searched, I seek to seize evidence, fruits, and instrumentalities of the listed criminal violations. I request authority to search the SUBJECT RESIDENCE, including any firearms, firearm parts, and ammunition, and any clothing with reddish/brownish substances on them, therein where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as contraband and instrumentalities, fruits, and evidence of crime.

3. Based on the investigation, for the reasons expressed below, your affiant believes there is probable cause to believe that firearm(s), firearm accessories, ammunition, and clothing with reddish/brownish substances are located within the SUBJECT RESIDENCE and are evidence related to a criminal investigation involving Murder, in violation of Title, 18 United States Code, Sections 1111 and 1153.

4. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents and Tohono O'odham nation Police Department Officers and Detectives; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; the results of physical evidence and my experience, training and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

**DESCRIPTION OF PROPERTY TO BE SEARCHED**

5. The SUBJECT RESIDENCE is a single-story residence, located on Arroyo Road, in Sells, Arizona. This residence is known as the Manuel residence and is located on the Tohono O'odham Nation. Attached in the Attachment A are photos of the residence. All firearms, firearm parts, ammunition, and clothing with a reddish/brownish substance is to be collected.

**PRELIMINARY BACKGROUND AND INFORMATION**

6. On 02/07/2023, at approximately 2301 hours, Tohono O'odham Police Department (TOPD) responded to the Cruz residence, which is located north of the Sunrise Rd and Arroyo Rd, in Sells, Arizona, in reference to a gunshot wound victim. The residence is located on the Tohono O'odham Nation Indian Reservation, which is a nationally recognized tribe. Upon arrival, TOPD

observed a male, at the end of the Cruz's residence driveway, unresponsive, with an apparent gunshot wound to the chest. The medical personal pronounced the male deceased on scene. The male was identified as Richard Puffer Jr, date of birth 11/28/1992.

7. After securing the scene, TOPD Officer Dillion Yockey, identified what appeared to be fresh footprints. The footprints appeared to be a set of Vans along with a set of Adidas that specifically stated "Adidas" on the bottom of the soles. Officer Yockey followed the footprints trail west on Arroyo Rd. The Adidas footprints lead to a south facing trailer on the northside of the roadway, west of the crime scene. TOPD conducted a knock and talk and were provided verbal consent to search the residence. The shoes nor the firearm were located. The Adidas sign footprints were observed leading west away from that residence.

8. TOPD located both the Vans and Adidas footprints west of that residence, approximately 50 yards away to a south facing residence located on the northside roadway, leading to the Manuel residence, the SUBJECT RESIDENCE.

9. TOPD made contact with Ardiel Cruz, date of birth 05/09/2001, Rayden Manuel, date of birth 12/10/1999, Rain Manuel, date of birth 04/30/1997, Aireona Cruz, date of birth 05/09/01, Annalaya Salazar Manuel, date of birth 12/25/2002, and Angelica Ochoa, date of birth 01/04/2004, who were detained for questioning. During detainment, TOPD observed Ardiel wearing red Vans and Rayden wearing red Adidas shoes.

10. TOPD taped off the SUBJECT RESIDENCE and secured that no other persons could enter the residence. The residence is a one-story home with brick and wooden outside walls.

11. TOPD Detective Alfa Tallbull had collected a dark colored hoodie with a reddish substance on it. The hoodie was located on the roadway of Arroyo, west of the Cruz residence.

The hoodie also had a long hair on the hoodie. In your affiant's training and experience, DNA evidence can be recovered from such items.

12. On 02/08/2023, the Affiant and SA Daniel DeAntonio arrived on scene. During the processing of the scene, one apparent gunshot wound to Puffers' chest was observed. An apparent gunshot wound was also observed on the right ear and head area and left neck area. Multiple reddish substances were observed on scene and multiple swabs were collected. SA DeAntonio and TOPD Detective Alfa Tallbull walked the area from the Cruz residence to the residence where Ardiel was located. There were no firearms or firearm related items found in the area.

13. Deliah Rivas, date of birth 03/29/1995, and Celeste Cruz, date of birth 2/17/1993, were located inside the Cruz residence and were both interviewed. Both stated they know Puffer went outside while he was on the phone with Yvonne Cruz, date of birth 03/04/1975, who was Deliah's aunt.

14. Yvonne was interviewed telephonically and stated she was on the phone with Puffer prior to the incident. Puffer said someone was at the door and Yvonne heard Puffer arguing with two male voices in the background. Yvonne could hear a scuffle and heard Puffer tell them come back when they were sober.

15. Puffer opened the door and handed Deliah the phone. Shortly after, approximately 5-10 minutes, both Deliah and Celeste heard two loud noises that sounded like gunshots. Deliah and Celeste went outside and observed Puffer on the ground, unresponsive, at the end of their driveway. Celeste called for an ambulance.

/ / /

## CONCLUSION

16. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence described in Attachment B, firearm(s), firearm parts, ammunition, and clothing with a reddish/brownish substance are located within the SUBJECT RESIDENCE, of the offenses listed herein, will be found at the locations described in Attachment A, and request the issuance of the attached search warrant.

Respectfully Submitted,

*COLLEEN FINN* — Digitally signed by COLLEEN FINN
Date: 2023.02.08 11:25:08 -07'00'

Special Agent Colleen Finn
Federal Bureau of Investigation

Subscribed and sworn to me telephonically
this 8th day of February, 2023

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge